**Order entered October 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01368-CV

**FREDIS BENITEZ, ET AL., Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-03671**

## ORDER

We **GRANT** appellants' October 1, 2013, motion for an extension of time to file a notice of appeal. The notice of appeal filed with the trial court on October 1, 2013 is deemed timely for jurisdictional purposes.

/s/    ADA BROWN
       JUSTICE